**File Hashes for IP Address 24.166.125.217**

**ISP:** Time Warner Cable
**Physical Location:** Westlake, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/19/2015 17:59:03 | 70ABCC49C1FB19C14BCE69A5BF6D9F4F711BEB1D | Rope Priority |
| 01/27/2015 16:14:21 | 5EDEECD2F7EF9BAA7284714207A3090877C86334 | Feeling Frisky |
| 01/27/2015 16:03:33 | 3934CC70C8CE1383E93F6F991C05345F6EFC4240 | Tie Her Up For Me |
| 01/27/2015 15:57:38 | AAAA7633C06B92AF0429895049CE20D09CD07AD9 | Double Oh Heaven |
| 01/27/2015 11:47:45 | 7B3BD6CB04B4820C3BB3A3716B5B55F02FB89EBF | Cum In Get Wet |
| 01/27/2015 11:28:41 | 3B20BDCD57E98A0FBECB612F60D7057D9BDAC50C | Tight and Wet |
| 01/27/2015 11:25:42 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 01/27/2015 10:44:02 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 01/27/2015 10:23:59 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 01/27/2015 10:01:03 | 48B418771A04AAACE4BCD42C13972FDD4F3920B9 | All Oiled Up |
| 01/27/2015 10:00:59 | FB19F226C1720F9C293C5E9CB07021829E151D92 | One Show For Each |
| 01/27/2015 09:49:19 | 647FDB5548A79F98FEFF5CB4477E3EC762A61C39 | Go Down On Me |
| 01/27/2015 09:24:23 | F1BC9FD00D98C1F17B173CDCDD6AE9385BDB1695 | Catching Up |
| 01/27/2015 04:33:13 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 01/27/2015 03:24:25 | 15500239961B397F15EB325A5A6B061481766E9A | First Time |
| 01/27/2015 02:09:55 | 94A0CA4F1F1A7C5F047AAE35C1329376600A5E37 | Come To Me Now |
| 01/23/2015 05:35:20 | 4367C8C13869B63FEAB49B757190B448D83678BE | Yours Forever |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A