# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

        Plaintiff,

v.                              Civil Action No. 1:15-cv-01316-DAP

JOHN DOE subscriber assigned IP address
24.166.125.217,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 24.166.125.217. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 6, 2015

                                            Respectfully submitted,

                                            By:   /s/ *Yousef M. Faroniya*
                                            Yousef M. Faroniya
                                            yousef@YMFincorporated.com
                                            YMF Inc.: The Law Office of Yousef M. Faroniya
                                            84 S. 4th Street
                                            Columbus, OH 43215
                                            Phone: 614-360-1855
                                            *Attorney for Plaintiff*

So ordered. /s/Dan Aaron Polster 10/7/15      1